# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

NICOLA WARR,                                )
                                            )
     Plaintiff,                            )
                                            )
v.                                          )        Civil Action No. 3:15-cv-00642-DJH
                                            )        *(Filed Electronically)*
TOWN AND COUNTRY FORD, LLC,                 )
                                            )
     Defendant.                            )
_____)

## AGREED ORDER OF DISMISSAL
## WITH PREJUDICE TO REFILING

\*     \*     \*     \*     \*

This matter having come before the Court upon agreement of Plaintiff Nicola Warr ("Plaintiff" or "Ms. Warr"), and Defendant Town and Country Ford, LLC ("Town and Country Ford" or "Defendant"), as evidenced by the signatures below of their respective counsel, to effect a full and final dismissal, with prejudice, of each and every of Ms. Warr's claims against Town and Country Ford, and the Court being otherwise sufficiently advised,

***IT IS HEREBY ORDERED*** that each, every, and all claims herein of Plaintiff's directed at Town and Country Ford in the above-captioned matter are dismissed, with prejudice to refiling, and with each party to assume its own costs, meaning that any and all of Plaintiff's claims against Town and Country Ford are hereby extinguished for all time.

_____
**JUDGE DAVID J. HALE**
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY,
LOUISVILLE DIVSION
DATE:_____

**HAVE SEEN AND AGREED TO:**


 /s/ James Craig_____
James Craig
Craig Henry PLC
239 South Fifth Street, Suite 1400
Louisville, Kentucky 40202
(502) 614-5962
jcraig@craighenrylaw.com
*Counsel for Plaintiff*


 /s/ John T. McGarvey_____
John T. McGarvey
J. Morgan McGarvey
Morgan & Pottinger, P.S.C.
601 W. Main Street
Louisville, Kentucky 40202
(502) 589-2780
jmm@morganandpottinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

On October 26, 2015, I electronically filed this document through the Court's ECF system, which will send a notice of electronic filing to all counsel designated to receive electronic notice in this case.

____/s/ James Craig_____
*Counsel for Nicola Warr*