UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NICOLA WARR,                                                                                              Plaintiff,

v.                                                                   Civil Action No. 3:15-cv-642 –DJH-DW

TOWN AND COUNTRY FORD, LLC,                                                                  Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties. (Docket No. 10)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and is **STRICKEN** from the Court's active docket.  All dates and deadlines set in this matter are **VACATED**.

October 27, 2015

**David J. Hale, Judge
United States District Court**